Mark H. Meyerhoff, Bar No. 180414
mmeyerhoff@lcwlegal.com
G. Arthur Meneses, Bar No. 105260
ameneses@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA  90045

Telephone:  (310) 981-2000
Facsimile:  (310) 337-0837

Attorneys for Defendants
CITY OF BARSTOW, CALEB L. GIBSON,
RUDY ALCANTARA, and KEITH LIBBY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| PETER HOLM,<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF BARSTOW, et al.,<br><br>              Defendants. | Case No.  ED CV 08-00420 VAP (JCx)<br><br>**ORDER RE STIPULATION GOVERNING THE DESIGNATION AND HANDLING OF CONFIDENTIAL MATERIALS**<br><br>**[CHANGES MADE BY COURT]** |

The Court has reviewed the Stipulation Governing the Designation and Handling of Confidential Materials between all parties that has been filed concurrently with this proposed order.  Based upon a review of the record, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. All documents produced in discovery which relate to a third-party's private, confidential, and/or medical information, including, but not limited to, discovery responses, initial disclosures, and supplemental disclosures which relate

1   to a third-party's private, confidential, and/or medical information are subject to
2   this Stipulation (the "Subject Documents");

3         2.      Absent further order of the Court, and subject to paragraph 3 below,
4   the Subject Documents shall be kept strictly confidential and may only be examined
5   by the attorneys for the parties, their agents, employees, consultants, witnesses,
6   court reporters, deponents, the parties themselves, and/or the Court (and its
7   personnel), and only in connection with this subject litigation, and shall not be
8   published to any third-parties or used in connection with any other litigation;

9         3.      In the event that a party wishes to lodge, file or otherwise submit
10  documents to the Court, such party must seek leave to submit the documents under
11  seal in accordance with Local Rule 79.  See Kamakana v. City and County of
12  Honolulu, 447 F.3d 1172, 1178-80 (9th Cir. 2006) (discussing standards for sealing
13  documents attached to dispositive and non-dispositive motions).  The City and
14  Individual Defendants do not waive any right to seek a protective order on the
15  grounds that the documents utilized by Plaintiff contain private or confidential
16  information;

17        4.      In the event that the City or Individual Defendants decide to seek a
18  protective order because they believe that the documents disclose private or
19  confidential information, the parties shall meet and confer regarding the redaction
20  of potentially private or confidential information;

21        5.      After the conclusion of this litigation, Plaintiff shall return or destroy
22  the Subject Documents in Plaintiff's possession, custody or control within 45
23  calendar days of Defendant's request.

24        IT IS SO ORDERED.

25  Dated:  January 28, 2009                    _____/s/_____
26                                              Jacqueline Chooljian
                                                United States Magistrate Judge
27
28

291849.1 BA080-023                   - 2 -             ORDER RE STIPULATION GOVERNING
                                                       HANDLING OF CONFIDENTIAL
                                                       MATERIALS